IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROCMAN L. SANDERS** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-5477 |
| | : | |
| **WARDEN SEAN MARLER, ET AL.** | : | |

# ORDER

This 12th day of July, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Defendants' Motion to Dismiss, considered in part as a Motion for Summary Judgment, ECF 62, is **GRANTED**.[1] Plaintiff's Amended Complaint is **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Defendants filed a Motion to Dismiss, ECF 62, which I converted into a Motion for Summary Judgment for the limited purpose of considering exhaustion, ECF 72.